No. 70–35.  AUSTIN ET AL. v. MEYER ET AL.  Appeal from D. C. M. D. Fla.  Motion of appellants to reinstate stay heretofore vacated by order of this Court on June 26, 1972 [408 U. S. 919], denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.

No. 71–1694.  FRONTIERO ET VIR v. LAIRD, SECRETARY OF DEFENSE, ET AL.  Appeal from D. C. M. D. Ala. [Probable jurisdiction noted, ante, p. 840.]  Motion of appellants to divide oral argument granted.

No. 71–6732.  CHAFFIN v. STYNCHCOMBE, SHERIFF.  C. A. 5th Cir.  [Certiorari granted, ante, p. 912.]  Motion of petitioner for appointment of counsel granted.  It is ordered that Glenn Zell, Esquire, of Atlanta, Georgia, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 72–5410.  BLACK v. UNITED STATES, ante, p. 1027.  Respondent requested to file response to motion for leave to file petition for rehearing within 30 days.

No. 72–5372.  LUCAS v. WYOMING ET AL.  Motion for leave to file petition for writ of habeas corpus denied.

No. 72–792.  NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES ET AL. v. DUBLINO ET AL.; and

No. 72–802.  ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL. v. DUBLINO ET AL.  Appeals from D. C. W. D. N. Y.  Motion of appellees for leave to proceed in forma pauperis granted.  Further consideration of question of jurisdiction postponed to hearing of cases on the merits.  Cases consolidated and a total of one hour allotted for oral argument.  Reported below: 348 F. Supp. 290.